UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JOEL SAMUEL PAUL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00613-JPH-MG |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DISMISSING ACTION WITHOUT PREJUDICE
AND DIRECTING ENTRY OF FINAL JUDGMENT**

Joel Paul, through his attorney, filed this civil rights action on November 23, 2020. On April 30, 2021, the Court ordered Mr. Paul to show cause why this action should not be dismissed for failure to serve the defendant. Dkt. 9.

Mr. Paul brought this action against the U.S. Bureau of Prisons (BOP). "To serve a United States agency . . . , a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency . . . ." Fed. R. Cv. P. 4(i)(2). To serve the United States, a party must either deliver or mail the summons and complaint to the local U.S. Attorney's Office *and* mail the summons and complaint to the Attorney General. Fed. R. Civ. P. 4(i)(1).

Mr. Paul responded to the show-cause order with evidence of his efforts to serve the BOP and the Attorney General. Dkts. 10-1, 10-2. However, he indicates no effort to serve the U.S. Attorney's Office for this District. *See id.*

This action is **dismissed without prejudice** pursuant to Federal Rule of Civil Procedure 4(m). The **clerk is directed** to enter **final judgment** consistent with this order.

1

**SO ORDERED**

Date: 6/30/2021

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Swaray Edward Conteh
THE FIRM OF FATIMA JOHNSON
contehlaw@att.net